Dear Court Appeals personnel    1-13-15

I did NOT RECEIVE APPELLATE CAUSE No. 08-12-00099-CR until 1-7-15. I decision (PENDER) was Ruled on 12-19, 2014. I singed up for Application For your APPEALS court on the 1-8-15. I don't Know when I can get into Law Library. (NOTE) I need A EXTENSION Please,

Sincerely
Thank you.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JAN 23 2015

Abel Acosta, Clerk